UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN MICHAEL MITCHELL <br><br> Plaintiff <br><br> vs. <br><br> KILOLO KIJAKAZI, <br><br> Acting Commissioner of Social Security <br><br> Defendant(s). | CASE No.: 2:21-CV-07548-PVC <br><br> **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00).

DATE: April 29, 2022

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

- 1 -